IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| TAURIO KORTAVIOUS HARRIS,    ) | |
| ) | |
| Petitioner,    ) | |
| ) | CIVIL ACTION NO. |
| v.    ) | 2:21cv832-MHT |
| ) | (WO) |
| UNITED STATES OF AMERICA,    ) | |
| ) | |
| Respondent.    ) | |

## OPINION

Pursuant to 28 U.S.C. § 2255, petitioner filed this challenge to his conviction and sentence. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that the 28 U.S.C. § 2255 petition be denied as time-barred. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 28th day of January, 2025.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE