# IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
# MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
TAURIO KORTAVIOUS HARRIS,   )
                            )
     Petitioner,            )
                            )   CIVIL ACTION NO.
     v.                     )     2:21cv832-MHT
                            )         (WO)
UNITED STATES OF AMERICA,   )
                            )
     Respondent.            )
```

## JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court:

(1) The United States Magistrate Judge's recommendation (Doc. 12) is adopted.

(2) The 28 U.S.C. § 2255 petition (Doc. 4) is denied as time-barred.

It is further ORDERED that costs are taxed against petitioner, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment

pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 28th day of January, 2025.

                                        <u>/s/ Myron H. Thompson</u>
                                        UNITED STATES DISTRICT JUDGE